UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**FILED** BY _____ D.C.

05 AUG -9 PM 3: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

    v.

RAFAEL FUENTES,

    Defendant.

Cr. No.  05-20087-D

## ORDER GRANTING DEFENDANT'S MOTION
## TO FILE MOTION TO SUPPRESS OUT OF TIME

This cause having come before this Court on the ___9___ day of August, 2005, upon the motion of defendant to file Motion to Suppress out of time; and the Court having considered the motion of the defendant, the positions of the parties, and the record hereunder, is of the opinion that the motion is well-taken, and hereby **GRANTS** the motion.

8/9/2005
DATE

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

39

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in
case 2:05-CR-20087 was distributed by fax, mail, or direct printing on
August 11, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT