IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -2 AM 11: 30

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 05-20087-D |
| EVA J. BRASKER, RAFAEL FUENTES | ) |
| Defendant. | ) |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

This cause was set for a Suppression Hearing and Report Date on September 2, 2005 at 2:00 p.m. The defendant moved the Court for a continuance to allow for additional time to prepare.

The Court granted the motion and hereby resets the trial date to November 7, 2005 with a **Suppression Hearing and Report Date on Tuesday, October 18, 2005 at 2:00 P.M.**, in <u>Courtroom 3, 9th Floor of the Federal Building</u>, Memphis, TN.

The period from September 16, 2005 through November 18, 2005 is excludable under 18 U.S.C. § 3161(h)(1)(F) because the ends of justice served in allowing for disposition of the pending motion outweigh the need for a speedy trial.

IT IS SO ORDERED this *2nd* day of September, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on *9-9-05*

(47)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CR-20087 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT